# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Levy, Jon D. | U.S. District Court, Maine | 5/9/2018 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Active

**5a. Report Type** (check appropriate type)

- [ ] Nomination Date
- [ ] Initial [✔] Annual [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2017
to
12/31/2017

**7. Chambers or Office Address**

156 Federal Street
Portland, Maine 04101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Treasurer (until July 31, 2017) | William Vaughan House Condominium Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 5/9/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Matthew Bender & Co., book royalties | $271.21 |
| 2. 2017 | Maine Public Employees Retirement System | $59,862.28 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | LLC, Self-employed Psychologist (self-employment income) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 5/9/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | James M. Wagstaffe, Esq. | Practice Guide: Federal Civil Procedure Before Trial - See VIII. Additional Info | $1,100.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Gorham Savings Bank | Mortgage on Property, Portland, Maine (Part VII, Line 15) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 5/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bed Bath & Beyond Stock | A | Dividend | K | T | | | | | |
| 2. Norway Savings Bank Checking Account | | None | | | Sold | 07/31/17 | J | A | Ken Moller & Tracy Burton |
| 3. Hartford Total Return Bond HLS Fund | A | Dividend | J | T | | | | | |
| 4. Franklin Mutual Global Discovery Fund | B | Dividend | K | T | | | | | |
| 5. Fidelity Cash Account | A | Interest | J | T | | | | | |
| 6. TD Bank Checking Account | | None | J | T | | | | | |
| 7. Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 8. US Government Series E Bonds | | None | J | W | | | | | |
| 9. US Government Series EE Bonds | | None | J | W | | | | | |
| 10. Pruco Life Insurance Co. of New Jersey Fixed Rate Annuity | B | Distribution | K | T | | | | | |
| 11. Bank of America Checking Accounts | | None | J | T | | | | | |
| 12. SSGA S&P 500 Index Sec Lend | | None | L | T | | | | | |
| 13. SSGA S&P MC Index Non-Led Serv | | None | K | T | | | | | |
| 14. Nuveen NWQ SC Value | B | Dividend | K | T | | | | | |
| 15. Rental Property, Portland Maine (1/1/2017 to 5/31/2017) | A | Rent | O | R | | | | | |
| 16. Gorham Savings Bank Checking Account | A | Interest | J | T | | | | | |
| 17. American Funds Short Term Tax Exempt Bond Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 5/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Capital World Growth and Income Fund | B | Dividend | L | T | | | | | |
| 19. American Funds International Growth and Income Fund | B | Dividend | L | T | | | | | |
| 20. American Funds Growth Fund of America | A | Dividend | L | T | Sold (part) | 06/29/17 | J | B | |
| 21. American Funds New World Fund | B | Dividend | M | T | Sold (part) | 06/29/17 | J | B | |
| 22. American Funds Europacific Growth Fund | A | Dividend | L | T | Sold (part) | 06/29/17 | J | D | |
| 23. Thornberg Investment Trust Limited Term Municipal Fund | A | Dividend | K | T | | | | | |
| 24. American Funds Capital Income Builder | C | Dividend | M | T | | | | | |
| 25. Wells Fargo Advisor IRA #1: | | | | | | | | | |
| 26. - American Funds Capital World Bond Fund | A | Dividend | J | T | | | | | |
| 27. - American Funds Income Fund of America | A | Dividend | K | T | | | | | |
| 28. - Metropolitan West Funds Total Return Bond Fund | B | Dividend | L | T | | | | | |
| 29. - American Funds Capital Income Builder | B | Dividend | L | T | | | | | |
| 30. - Vanguard Fixed Income Securities Short Term | A | Dividend | K | T | | | | | |
| 31. Wells Fargo Advisor IRA #2: | | | | | | | | | |
| 32. - American Funds Capital World Bond Fund | A | Dividend | K | T | | | | | |
| 33. - Short Term Bond Fund America | A | Dividend | L | T | | | | | |
| 34. - Metropolitan West Funds Total Return Bond Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 5/9/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - American Funds Capital Income Builder | C | Dividend | M | T | | | | | |
| 36.  -Vanguard Fixed Income Securities Short Term | B | Dividend | L | T | | | | | |
| 37.  - Wells Fargo Absolute Return Fund | A | Dividend | L | T | | | | | |
| 38.  Wells Fargo Advisor IRA #3: | | | | | | | | | |
| 39.  - Short Term Bond Fund American Funds | A | Dividend | J | T | | | | | |
| 40.  - American Capital World Bond Fund | A | Dividend | K | T | | | | | |
| 41.  - American Funds Income Fund of America | A | Dividend | K | T | | | | | |
| 42.  - American Funds Capital Income Builder | B | Dividend | K | T | | | | | |
| 43.  - Vanguard Fixed Income Securities Short Term | A | Dividend | K | T | | | | | |
| 44.  Wells Fargo Advisor IRA #4: | | | | | | | | | |
| 45.  - American Funds Capital World Bond Fund | A | Dividend | J | T | | | | | |
| 46.  - American Funds Global Balanced Fund | A | Dividend | K | T | | | | | |
| 47.  PIMCO All Asset Fund | A | Dividend | K | T | | | | | |
| 48.  PIMCO All Asset Fund | | None | | | Buy (add'l) | 5/10/17 | J | | |
| 49.  - PIMCO All Asset All Authority Fund | A | Dividend | | | Sold | 05/10/17 | J | A | |
| 50.  - American Funds Capital Income Builder | B | Dividend | K | T | | | | | |
| 51.  - Vanguard Fixed Income Securities Short Term | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 5/9/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Wells Fargo Absolute Return Fund | A | Dividend | K | T | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

V.  GIFTS, Line 1:

I received an unsolicited gift of a book, "Practice Guide: Federal Civil Procedure Before Trial," supplied on a complimentary basis for official use.

VII.  INVESTMENT AND TRUSTS, Line 15:

Our Condominium residence was purchased in November 2016 for $555,000.00.  Our condominium was rented during the period January 1, 2017 to May 31, 2017.  The condominium became our primary residence as of July 1, 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jon D. Levy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544